**Fill in this information to identify your case and this filing:**

Debtor 1    __Julianne__    __Wilson__    __Young__
First Name    Middle Name    Last Name

Debtor 2    __Randy__    __Lee__    __Young__
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    __Southern District of Texas__

Case number    __19-33453__

☑ Check if this is an amended filing

# Official Form 106A/B

## Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 __Homestead__
   Street address, if available, or other description

   __8086 Adcock Acres Drive__

   __Conroe, TX 77303__
   City    State    ZIP Code

   __Montgomery__
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:
   Legal Description: Adcock Acres, Lot 12, Acres 1.000, Lot 12-A Acres 4.0

   Source of Value:
   Montgomery County Appraisal District

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property?    $121,490.00

   Current value of the portion you own?    $121,490.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   __Fee Simple__

   ☑ Check if this is community property
   (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................. → $121,490.00

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|----------|--------------|------------|-----------|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **19-33453**

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | Hummer | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|-----|-------|--------|---------|---|

Model: H3

Year: 2008

Approximate mileage: 12800

Other information:

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,000.00 | $7,000.00 |

If you own or have more than one, list here:

| 3.2 | Make: | Hyundai |
|-----|-------|---------|

Model: Tuscan

Year: 2011

Approximate mileage: 80693

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $11,125.00 | $11,125.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................................ ➔

| $18,125.00 |
|---|

---

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**Schedule A/B: Property**

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **19-33453** | |

---

**6.   Household goods and furnishings**

*Examples:*   Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe........

| See Attached. | $3,250.00 |
|---|---|

**7.   Electronics**

*Examples:*   Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe........

| Television, Photography Camera, Cell Phones, Computer, Laptop and Scanner | $1,000.00 |
|---|---|

**8.   Collectibles of value**

*Examples:*   Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe........

**9.   Equipment for sports and hobbies**

*Examples:*   Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe........

**10.   Firearms**

*Examples:*   Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe........

**11.   Clothes**

*Examples:*   Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........

| Clothing Husband - Suits, Shirts, Pants, Shoes, Coats, Neck Ties, Socks/Intimates $100.00 Clothing Wife - Shirts, Pants, Dresses, Skirts, Shoes, Purses, Intimates $50.00 Clothing Children - Shirts, Pants, Dresses, Skirts, Shoes, Coats, Socks/Intimates $50.00 | $200.00 |
|---|---|

**12.   Jewelry**

*Examples:*   Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........

| Diamond Ring | $1,500.00 |
|---|---|

**13.   Non-farm animals**

*Examples:*   Dogs, cats, birds, horses

☑ No
☐ Yes. Describe........

---

Official Form 106A/B                                    **Schedule A/B: Property**                                    page 3

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | Case number *(if known)* __19-33453__ |
| | First Name | Middle Name | Last Name | |

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................➜ | $5,950.00 |

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*   Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes ......................................................................................................................... Cash..............

17. **Deposits of money**

    *Examples:*   Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................

    Institution name:

    17.1. Checking account:        **Wood Forest Bank - Checking Account**              $200.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*   Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them...................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them...................

---

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* __19-33453__ |

**21.** **Retirement or pension accounts**

    *Examples:*   Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each account
       separately.

**22.** **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
    others

    ☑ No

    ☐ Yes....................

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes....................

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes....................

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your
benefit**

    ☑ No

    ☐ Yes. Give specific
       information about them....

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*   Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
       information about them....

**27.** **Licenses, franchises, and other general intangibles**

    *Examples:*   Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
       professional licenses

    ☐ No

    ☑ Yes. Give specific    | See Attached. | **$2.00** |
       information about them....

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

    ☐ No

    ☑ Yes.  Give specific information about
         them, including whether you
         already filed the returns and the
         tax years......................

| 2019 | 2019 Tax Refund | Federal: | **$500.00** |
| | State: | |
| | Local: | |

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **19-33453**

---

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information..........

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..........

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life Insurance Policy through Employer - No Cash Value** | **Children** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..........

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim................

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim................

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..........

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................... ➔

| | |
|---|---|
| | **$702.00** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **19-33453** |

|  |
|---|
| **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**

*Examples:*   Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........

41. **Inventory**

☑ No
☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
information..........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here..........................................................................................➔

| |
|---|
| **$0.00** |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

|  |
|---|
| **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

47. **Farm animals**

*Examples:*   Livestock, poultry, farm-raised fish

☑ No
☐ Yes........................

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* __19-33453__ |

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
information.............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes..........................

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes..........................

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information.............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here**..................................................................................➔ | $0.00 |

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information.............

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.....................................➔ | $0.00 |

---

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** | | ➔ | $121,490.00 |
|---|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $18,125.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $5,950.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $702.00 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61.............. | $24,777.00 | Copy personal property total ➔ | + $24,777.00 |

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | Case number *(if known)* | **19-33453** |
| | First Name | Middle Name | Last Name | | |

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62............................................................................................... | $146,267.00

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | Case number *(if known)* | **19-33453** |
| | First Name | Middle Name | Last Name | | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

| 6. | **Household goods and furnishings** | |
|---|---|---|
| | **Livingroom – Couch, Love Seat, Chair, End Tables (2), Coffee Table and Rug $250.00. Master Bedroom – Queen Bed Frame, Headboard, Mattress, Dresser, Chest of Drawers and Night Stands (2) $250.00. Guest Bedroom – Full Size Bed Frame, Mattress, Headboard, Dresser and Night Stand $200.00. Daughter's Bedroom - Twin Size Bed, Dresser, Nightstand $100.00. Dinning Room - Dining Room Table with 6 Chairs, China and Rug $200.00. Kitchen - Microwave, Refrigerator, Stove, Dishwasher, Toaster Oven, Cutlery, Dishes and Glasses $100.00. Tools - Lawnmower, Drill and Screwdriver $100.00. Sewing Machine $50.00.** | **$1,250.00** |
| | **Microwave, Heater, Refrigerator, Desk and Chair** | **$2,000.00** |
| 27. | **Licenses, franchises, and other general intangibles** | |
| | **Teacher's Certification** | **$1.00** |
| | **Child Care Director** | **$1.00** |

Official Form 106A/B                                    Schedule A/B: Property

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Julianne | Wilson | Young |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Randy | Lee | Young |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number | 19-33453 | | |
| (if known) | | | |

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  Homestead  8086 Adcock Acres Drive Conroe, TX 77303  Line from *Schedule A/B*:  1.1 | $121,490.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:  2008 Hummer H3  Line from *Schedule A/B*:  3.1 | $7,000.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | Case number *(if known)*  19-33453 |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  2011 Hyundai Tuscan  Line from *Schedule A/B*:  3.2 | $11,125.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:  Livingroom – Couch, Love Seat, Chair, End Tables (2), Coffee Table and Rug $250.00. Master Bedroom – Queen Bed Frame, Headboard, Mattress, Dresser, Chest of Drawers and Night Stands (2) $250.00. Guest Bedroom – Full Size Bed Frame, Mattress, Headboard, Dresser and Night Stand $200.00. Daughter's Bedroom - Twin Size Bed, Dresser, Nightstand $100.00. Dinning Room - Dining Room Table with 6 Chairs, China and Rug $200.00. Kitchen - Microwave, Refrigerator, Stove, Dishwasher, Toaster Oven, Cutlery, Dishes and Glasses $100.00. Tools - Lawnmower, Drill and Screwdriver $100.00. Sewing Machine $50.00.  Line from *Schedule A/B*:  6 | $1,250.00 | ☑ $1,250.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:  Microwave, Heater, Refrigerator, Desk and Chair  Line from *Schedule A/B*:  6 | $2,000.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:  Television, Photography Camera, Cell Phones, Computer, Laptop and Scanner  Line from *Schedule A/B*:  7 | $1,000.00 | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:  Clothing Husband - Suits, Shirts, Pants, Shoes, Coats, Neck Ties, Socks/Intimates $100.00 Clothing Wife - Shirts, Pants, Dresses, Skirts, Shoes, Purses, Intimates $50.00 Clothing Children - Shirts, Pants, Dresses, Skirts, Shoes, Coats, Socks/Intimates $50.00  Line from *Schedule A/B*:  11 | $200.00 | ☑ $200.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | Case number *(if known)*  19-33453 |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Diamond Ring<br><br>Line from *Schedule A/B*:  12 | $1,500.00 | ☑ $1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>Wood Forest Bank - Checking Account<br>Checking account<br><br>Line from *Schedule A/B*:  17 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Teacher's Certification<br><br>Line from *Schedule A/B*:  27 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Child Care Director<br><br>Line from *Schedule A/B*:  27 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>2019 Tax Refund<br>Federal tax<br><br>Line from *Schedule A/B*:  28 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Term Life Insurance Policy through Employer - No Cash Value<br><br>Line from *Schedule A/B*:  31 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |

Fill in this information to identify your case:

| Debtor 1 | Julianne | Wilson | Young |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Randy | Lee | Young |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Southern District of Texas** _____

Case number    _____ 19-33453 _____
(if known)

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2.    List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** CarMax Auto Finance dba CarMax
Business Services
Creditor's Name

225 Chastain Meadows Court 210
Number          Street

Kennesaw, GA 30144
City          State          ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred
6/14/2017

**Describe the property that secures the claim:**

2008 Hummer H3

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

| | Column A | Column B | Column C |
|---|---|---|---|
| | $16,680.06 | $7,000.00 | $9,680.06 |

Add the dollar value of your entries in Column A on this page. Write that number here:          $16,680.06

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)*  19-33453

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2** Cash America
Creditor's Name

717 East Davis Street 709
Number        Street

Conroe, TX 77301
City            State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

> Diamond Ring

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $100.00   Column B: $1,500.00   Column C: $0.00

---

**2.3** CONNS Appliances
Creditor's Name

P.O. Box 3002
Number        Street

Malvern, PA 19355
City            State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

> Microwave, Heater, Refrigerator, Desk and Chair

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $4,211.23   Column B: $2,000.00   Column C: $2,211.23

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $4,311.23

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | | |

Case number *(if known)* 19-33453

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.4 | Consumer Portfolio Services Inc. | Describe the property that secures the claim: | $22,543.09 | $11,125.00 | $11,418.09 |
|---|---|---|---|---|---|

**2.4** Consumer Portfolio Services Inc.
Creditor's Name

P.O. Box 57071
Number          Street

Irvine, CA 92619
City          State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
9/7/2016

Describe the property that secures the claim:

2011 Hyundai Tuscan

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $22,543.09
Column B: $11,125.00
Column C: $11,418.09

**2.5** PHH Mortgage
Creditor's Name

P.O. Box 5469
Number          Street

Mount Laurel, NJ 08054
City          State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

Describe the property that secures the claim:

Homestead
8086 Adcock Acres Drive Conroe, TX 77303

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $148,006.99
Column B: $121,490.00
Column C: $26,516.99

**Add the dollar value of your entries in Column A on this page. Write that number here:**     $170,550.08

| Debtor 1 | **Julianne** | **Wilson** | **Young** |
|----------|--------------|------------|-----------|
| Debtor 2 | **Randy** | **Lee** | **Young** |
| | First Name | Middle Name | Last Name |

Case number *(if known)*  19-33453

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---------|---------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------|---------------------------------------------------------------|----------------------------------------------|

**2.5**

| PHH Mortgage (arrearage) | **Describe the property that secures the claim:** | $10,437.93 | $121,490.00 | $10,437.93 |
|--------------------------|----------------------------------------------------|------------|-------------|------------|

Creditor's Name

P.O. Box 5469

Number        Street

Mount Laurel, NJ 08054

City        State        ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

_____

**Describe the property that secures the claim:**

Homestead
8086 Adcock Acres Drive Conroe, TX 77303

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
|------------------------------------------------------------------------------------------|-------|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $191,541.37 |

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 19-33453 |

---

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | Ocwen Loan Servicing | On which line in Part 1 did you enter the creditor?     5 |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | P.O. Box 24738 | |
| | Number        Street | |
| | | |
| | West Palm Beach, FL 33416 | |
| | City                    State        ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    **Julianne**        **Wilson**        **Young**
             First Name         Middle Name        Last Name

Debtor 2     **Randy**          **Lee**           **Young**
(Spouse, if filing)  First Name   Middle Name       Last Name

United States Bankruptcy Court for the:        **Southern District of Texas**

Case number    **19-33453**
(if known)

☑ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|

**2.1**  **Eric S. Southward**
Priority Creditor's Name

**715 E Whitney St**
Number     Street

**Houston, TX 77022-3537**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
   **Attorney Fees**

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $4,500.00 | $4,500.00 | $0.00 |

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|----------|--------------|------------|-----------|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | | |
| | | | | Case number *(if known)* **19-33453** | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|--|--|-------------|

**4.1**

**Advance America**
Nonpriority Creditor's Name

**610 West Davis Street**
Number        Street

**Conroe, TX 77301**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$100.00**

---

**4.2**

**AFNI**
Nonpriority Creditor's Name

**1310 Martin Luther King Drive**
Number        Street

**Bloomington, IL 61702-3517**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$100.00**

---

**4.3**

**ARS Account Resolution**
Nonpriority Creditor's Name

**1643 NW 136 Ave, Bldg H Street**
Number        Street

**Fort Lauderdale, FL 33323**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Agency**

**$372.00**

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **19-33453** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

---

**4.4**

**Atlas Acquisitions, LLC Assignee of SNAP Finance**
Nonpriority Creditor's Name

**294 Union Street**
Number          Street

**Hackensack, NJ 07601**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ____ ____ ____ ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**$1,857.57**

---

**4.5**

**Atlas Acquisitions, LLC Assignee of SNAP Finance**
Nonpriority Creditor's Name

**294 Union Street**
Number          Street

**Hackensack, NJ 07601**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ____ ____ ____ ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$1,329.14**

---

**4.6**

**Caliber Collision**
Nonpriority Creditor's Name

**23266 N.W. Freeway**
Number          Street

**Cypress, TX 77429**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ____ ____ ____ ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Agency**

**$500.00**

---

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **19-33453** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.7**

ChexSystems
Nonpriority Creditor's Name

**Attention: Consumer Relations**

7805 Hudson Road, #100
Number          Street

Saint Paul, MN 55125
City                          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Notice Only**

**unknown**

**4.8**

Chrysler Capital
Nonpriority Creditor's Name

P.O. Box 96125
Number          Street

Fort Worth, TX 76161
City                          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$7,374.00**

**4.9**

City of Magnolia
Nonpriority Creditor's Name

18111 Buddy Riley
Number          Street

Magnolia, TX 77354
City                          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$100.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** |
| Debtor 2 | **Randy** | **Lee** | **Young** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **19-33453**

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.10

**Comenity Bank/HSN**
Nonpriority Creditor's Name

**P.O. Box 182273**
Number        Street

**Columbus, OH 43218**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Collection Agency**

**$1,000.00**

### 4.11

**Conroe Regional Medical Center**
Nonpriority Creditor's Name

**504 Medical Center Blvd**
Number        Street

**Conroe, TX 77304**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Medical Bill**

**$500.00**

### 4.12

**Conroe Surgery Center**
Nonpriority Creditor's Name

**504 Medical Center Blvd**
Number        Street

**Conroe, TX 77304**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Medical Bill**

**$500.00**

| Debtor 1 | Julianne | Wilson | Young | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Randy | Lee | Young | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **19-33453**

---

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.13**   **Credit One Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**P.O.Box 98873**
Number          Street

**Las Vegas, NV 89193**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

$500.00

---

**4.14**   **David Reese, MD**
Nonpriority Creditor's Name

**9180 Pinecroft Drive 100**
Number          Street

**Spring, TX 77380**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Bill**

$100.00

---

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| Debtor 2 | **Randy** | **Lee** | **Young** | Case number *(if known)* **19-33453** |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.15**

**Department of Education/NELN**
Nonpriority Creditor's Name

**121 S. 13th Street**
Number        Street

**Lincoln, NE 68508**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: $500.00

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$0.00**

---

**4.16**

**Dish Network**
Nonpriority Creditor's Name

**Dept 0063**
Number        Street

**Palatine, IL 60055**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$100.00**

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **19-33453** |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

---

**4.17**

**DSRM National Bank**
Nonpriority Creditor's Name

**P.O. Box 300**
Number      Street

**Amarillo, TX 79105**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ____ ____ ____ ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**Total claim: $487.00**

---

**4.18**

**East Montgomery County**
Nonpriority Creditor's Name

**16401 1st Street**
Number      Street

**Splendora, TX 77372**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ____ ____ ____ ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Agency**

**Total claim: $500.00**

---

**4.19**

**Enchanted Dental**
Nonpriority Creditor's Name

**17450 St. Lukes Way 260**
Number      Street

**Conroe, TX 77384**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ____ ____ ____ ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Bill**

**Total claim: $200.00**

---

| Debtor 1 | Julianne | Wilson | Young | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Randy | Lee | Young | |
| | First Name | Middle Name | Last Name | |

Case number (if known) **19-33453**

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.20** **Flexhopper**
Nonpriority Creditor's Name

**2700 N. Military Trail 200**
Number          Street

**Boca Raton, FL 33431**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$100.00**

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collection Agency**

---

**4.21** **Florida State University**
Nonpriority Creditor's Name

**4750 Callegiate Drive**
Number          Street

**Panama City, FL 32401**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$100.00**

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

**4.22** **Go Imaging**
Nonpriority Creditor's Name

**9802 FM 1960 Bypass Road West 100**
Number          Street

**Humble, TX 77338**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$500.00**

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collection Agency**

---

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **19-33453** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.23**  **Gulf Coast State College**
Nonpriority Creditor's Name

**5230 US 98**
Number          Street

**Panama City, FL 32401**
City                              State       ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Agency**

**$100.00**

---

**4.24**  **Hunter Warfield**
Nonpriority Creditor's Name

**4620 Woodland Corporate Blvd.**
Number          Street

**Tampa, FL 33614**
City                              State       ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Agency**

**$100.00**

---

**4.25**  **Integrity TX Funding**
Nonpriority Creditor's Name

**84 Villa Road**
Number          Street

**Huntington Beach, CA 92615**
City                              State       ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Agency**

**$200.00**

---

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **19-33453**

---

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.26**   **Lakewood Arthritis and Ortho Clinic**

Nonpriority Creditor's Name

**102 Medical Park Lane A**

Number          Street

**Huntsville, TX 77340**

City                          State       ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number _____ _____ _____ _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Medical Bill**

$100.00

---

**4.27**   **LVNV Funding LLC**

Nonpriority Creditor's Name

**200 Meeting St., Ste. 206**

Number          Street

**Greenville, SC 29601**

City                          State       ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number _____ _____ _____ _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Collection Agency**

$676.00

---

**4.28**   **Majestic Gymnastic**

Nonpriority Creditor's Name

**11467 FM 2432 302**

Number          Street

**Willis, TX 77378**

City                          State       ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number _____ _____ _____ _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$100.00

---

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| Debtor 2 | **Randy** | **Lee** | **Young** | Case number *(if known)* **19-33453** |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

---

**4.29**

**Memorial Hermann**
Nonpriority Creditor's Name

**9250 Pinecroft**
Number          Street

**Spring, TX 77380**
City          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Collection Agency**

**$500.00**

---

**4.30**

**Midland Funding, LLC**
Nonpriority Creditor's Name

**P.O. Box 460568**
Number          Street

**Houston, TX 77056**
City          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**$100.00**

---

**4.31**

**Mohela**
Nonpriority Creditor's Name

**633 Spirit Drive**
Number          Street

**65005**
City          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**$100.00**

---

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | |
| | | | | Case number *(if known)* **19-33453** |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.32**

| NCB Management Services | | **$897.00** |
|---|---|---|
| Nonpriority Creditor's Name | | |

**One Allied Drive**
Number          Street

**Feasterville Trevose, PA 19053**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Collection Agency**

**4.33**

| PCP for Life PA | | **$100.00** |
|---|---|---|
| Nonpriority Creditor's Name | | |

**12015 Louetta Road 200**
Number          Street

**Houston, TX 77070**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Medical Bill**

**4.34**

| Portfolio Recovery Associates, LLC | | **$1,253.00** |
|---|---|---|
| Nonpriority Creditor's Name | | |

**P.O. Box 12914**
Number          Street

**Norfolk, VA 23541**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Collection Agency**

| | | | |
|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** |
| Debtor 2 | **Randy** | **Lee** | **Young** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **19-33453**

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.35**   **Quest Diagnostics**
Nonpriority Creditor's Name

**P.O. Box 7306**
Number       Street

**Hollister, MO 65673**
City                State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$200.00**

---

**4.36**   **QVC**
Nonpriority Creditor's Name

**9855 Westover Hills Blvd**
Number       Street

**San Antonio, TX 78251**
City                State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$500.00**

---

**4.37**   **Retrieval Masters Creditor Bureau, Inc.**
Nonpriority Creditor's Name

**4 Westchester Plaza 110**
Number       Street

**Elmsford, NY 10523**
City                State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Agency**

**$100.00**

---

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| | **Randy** | **Lee** | **Young** | |
| First Name | | Middle Name | Last Name | Case number *(if known)* __19-33453__ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |

---

**4.38**

**Rise/ESC**
Nonpriority Creditor's Name

**4150 International Plz S.**
Number        Street

**Fort Worth, TX 76109**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

**$0.00**

---

**4.39**

**Rose Imaging Specialist PA**
Nonpriority Creditor's Name

**P.O. Box 203268**
Number        Street

**Dallas, TX 75230**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Bill**

**$100.00**

---

**4.40**

**Snap Financial**
Nonpriority Creditor's Name

**P.O. Box 26561**
Number        Street

**Salt Lake City , UT 84146**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Agency**

**$100.00**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** |
| Debtor 2 | **Randy** | **Lee** | **Young** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **19-33453**

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

---

**4.41**  Splendora Clinic
Nonpriority Creditor's Name
**16401 1st Street**
Number       Street
**Splendora, TX 77372**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Bill**

$500.00

---

**4.42**  Stoneleigh Recovery Associates
Nonpriority Creditor's Name
**P.O. Box 1479**
Number       Street
**Lombard, IL 60148**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Agency**

$100.00

---

**4.43**  TD Bank Usa/targetcred
Nonpriority Creditor's Name
**c/o Financial & Retai Services**
**P.O. Box 9475**
Number       Street
**Minneapolis, MN 55440**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

$628.00

---

| Debtor 1 | **Julianne** | **Wilson** | **Young** |
|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **19-33453**

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

Total claim

---

**4.44**

**TOPS Comprehensive Breast Center**
Nonpriority Creditor's Name

**111 Vision Park Blvd.**
Number        Street

**Conroe, TX 77384**
City                 State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

$100.00

---

**4.45**

**U.S. Department of Education**
Nonpriority Creditor's Name

**c/o FedLoan Servicing**

**P.O. Box 69184**
Number        Street

**Harrisburg, PA 17106**
City                 State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$0.00

Remarks: $38553.19

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **19-33453**

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.46**

**U.S. Department of Education c/o Nelnet**
Nonpriority Creditor's Name

**121 S 13th Street 201**
Number     Street

**Lincoln, NE 68508**
City               State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Student Loan**

**unknown**

---

**4.47**

**Verizon Wireless**
Nonpriority Creditor's Name

**500 Technology Drive 550**
Number     Street

**Saint Charles, MO 63304**
City               State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$500.00**

---

**4.48**

**Willis Family Medicine**
Nonpriority Creditor's Name

**4015 Interstate 45 N**
Number     Street

**Conroe, TX 77304**
City               State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical Bill**

**$500.00**

---

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **19-33453** |

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $4,500.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $4,500.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $23,873.71 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $23,873.71 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Randy** | **Lee** | **Young** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Southern District of Texas** _____

Case number _____ **19-33453** _____
(if known)

☑ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City          State    ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City          State    ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City          State    ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City          State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Julianne | Wilson | Young |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Randy | Lee | Young |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Southern District of Texas _____

Case number _____ 19-33453 _____
(if known)

☑ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes. In which community state or territory did you live? __Texas__ . Fill in the name and current address of that person.

      __Young , Randy Lee__
      Name of your spouse, former spouse, or legal equivalent

      __8086 Adcock Acres Drive__
      Number    Street

      __Conroe, TX 77303__
      City              State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| 3.1 _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City              State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Julianne | Wilson | Young |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Randy | Lee | Young |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Southern District of Texas

Case number    19-33453
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed  ☐ Not Employed | ☑ Employed  ☐ Not Employed |
| **Occupation** | Teacher | Photographer |
| **Employer's name** | Sacred Heart School | Self Employed |
| **Employer's address** | 615 McDade | |
| | Number Street | Number Street |
| | | |
| | | |
| | Conroe, TX 77301 | |
| | City          State     Zip Code | City          State     Zip Code |
| **How long employed there?** | 2 years | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.          $2,838.46 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +          $0.00 | +          $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.          $2,838.46 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| Debtor 2 | **Randy** | **Lee** | **Young** | Case number *(if known)*  19-33453 |
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................➔ | 4. | $2,838.46 | $0.00 |
| **5.** List all payroll deductions: | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $276.66 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $436.22 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $712.88 | $0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $2,125.58 | $0.00 |
| **8.** List all other income regularly received: | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $831.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $831.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $2,125.58 + $831.00 = | $2,956.58 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                                              11. +  $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies            12.  $2,956.58
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
☐ No.
☑ Yes. Explain: The Debtor is actively seeking full time work and actively promoting his trade to earn more income. The Joint Debtor is seeking new employment with a school district

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | 19-33453 |

8a. Attached Statement

## Self Employment Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 1 | Gross Monthly Income: | $1,280.00 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2 | Ordinary and necessary expense | $0.00 |
| 3 | Net Employee Payroll (Other than debtor) | $0.00 |
| 4 | Payroll Taxes | $384.00 |
| 5 | Unemployment Taxes | $0.00 |
| 6 | Worker's Compensation | $0.00 |
| 7 | Other Taxes | $0.00 |
| 8 | Inventory Purchases (Including raw materials) | $0.00 |
| 9 | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10 | Rent (Other than debtor's principal residence) | $0.00 |
| 11 | Utilities | $0.00 |
| 12 | Office Expenses and Supplies | $0.00 |
| 13 | Repairs and Maintenance | $0.00 |
| 14 | Vehicle Expenses | $30.00 |
| 15 | Travel and Entertainment | $0.00 |
| 16 | Equipment Rental and Leases | $0.00 |
| 17 | Legal/Accounting/Other Professional Fees | $0.00 |
| 18 | Insurance | $0.00 |
| 19 | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20 | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |
| 21 | Other Expenses | |
| | Parking | $35.00 |
| | TOTAL OTHER EXPENSES | $35.00 |
| 22 | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | $449.00 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23 | AVERAGE NET MONTHLY INCOME(Subtract item 23 from item 1) | $831.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Randy** | **Lee** | **Young** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **19-33453** | | |
| (if known) | | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.
    ☑ Yes. **Does Debtor 2 live in a separate household?**
        ☑ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

    Do not list Debtor 1 and
    Debtor 2.

    Do not state the dependents' names.

    ☐ No
    ☑ Yes. Fill out this information for
    each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 21 | ☐ No. ☑ Yes. |
| Child | 9 | ☐ No. ☑ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No
    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. _____ |
| | If not included in line 4: | |
| | 4a. Real estate taxes | 4a. $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $0.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $0.00 |

Official Form 106J                                   **Schedule J: Your Expenses**                                   page 1

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | 19-33453 |

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $300.00 |
| | 6b. Water, sewer, garbage collection | 6b. $60.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $200.00 |
| | 6d. Other. Specify: _____ Internet _____ | 6d. $30.00 |
| 7. | **Food and housekeeping supplies** | 7. $500.00 |
| 8. | **Childcare and children's education costs** | 8. $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $30.00 |
| 10. | **Personal care products and services** | 10. $75.00 |
| 11. | **Medical and dental expenses** | 11. $40.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $0.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $0.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. |
| | 17b. Car payments for Vehicle 2 | 17b. |
| | 17c. Other. Specify: _____ | 17c. |
| | 17d. Other. Specify: _____ | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 19-33453 |

---

21. **Other.** Specify: _____  21. **+** _____ $0.00

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.  22a. _____ $1,535.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  22b. _____ $0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.  22c. _____ $1,535.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I.*  23a. _____ $2,956.58

   23b. Copy your monthly expenses from line 22c above.  23b. **−** _____ $1,535.00

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*  23c. _____ $1,421.58

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.     None

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Randy** | **Lee** | **Young** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Southern District of Texas** _____

Case number   _____ 19-33453 _____
(if known)

☑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................ | $121,490.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.............................................. | $24,777.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*...................................................... | $146,267.00 |

### Part 2: Summarize Your Liabilities

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | | $191,541.37 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...................................... | | $4,500.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + | $23,873.71 |
| | **Your total liabilities** | $219,915.08 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................... | $2,956.58 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................... | $1,535.00 |

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)*  19-33453

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

---

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   | $3,265.54 |

---

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $0.00 |

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Randy** | **Lee** | **Young** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number      19-33453
(if known)

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules        12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Julianne Wilson Young                X /s/ Randy Lee Young
Julianne Wilson Young , Debtor 1            Randy Lee Young , Debtor 2

Date 11/19/2019                    Date 11/19/2019
     MM/  DD/  YYYY                         MM/  DD/  YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Julianne | Wilson | Young |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Randy | Lee | Young |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number | 19-33453 | | |
| (if known) | | | |

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $21,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☑ Operating a business | $2,000.00 |

| Debtor 1 | Julianne | Wilson | Young | |
|---|---|---|---|---|
| Debtor 2 | Randy | Lee | Young | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 19-33453

| | | | | | |
|---|---|---|---|---|---|
| **For last calendar year:** | ☑ Wages, commissions, bonuses, tips | $41,658.00 | ☐ Wages, commissions, bonuses, tips | |
| (January 1 to December 31, _2018_ )<br>YYYY | ☐ Operating a business | | ☑ Operating a business | $874.00 |

| | | | | | |
|---|---|---|---|---|---|
| **For the calendar year before that:** | ☑ Wages, commissions, bonuses, tips | $44,922.00 | ☐ Wages, commissions, bonuses, tips | |
| (January 1 to December 31, _2017_ )<br>YYYY | ☐ Operating a business | | ☑ Operating a business | $0.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

**Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No. Go to line 7.

   ☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☑ No. Go to line 7.

   ☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| Debtor 1 | Julianne | Wilson | Young | |
|---|---|---|---|---|
| Debtor 2 | Randy | Lee | Young | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 19-33453 |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Portfolio Recovery Associates, LLC vs. Julianne Young | Civil Lawsuit | Justice Court, Precinct 04 _____ <br> Court Name <br> 23628 Roberts Road _____ <br> Number      Street <br> New Caney, TX 77357 _____ <br> City                State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 4DC3987 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Debtor 1 | Julianne | Wilson | Young | |
|---|---|---|---|---|
| Debtor 2 | Randy | Lee | Young | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 19-33453

| **Part 6:** | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| **Part 7:** | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Busby & Associates | Attorney's Fee | 11/8/2019 | $0.00 |
| Person Who Was Paid | | | |
| 715 E Whitney St | | | |
| Number    Street | | | |
| | | | |
| Houston, TX 77022-3537 | | | |
| City              State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | | | |
|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** |
| Debtor 2 | **Randy** | **Lee** | **Young** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* 19-33453

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

## Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

## Part 10:   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Julianne | Wilson | Young | | |
|---|---|---|---|---|---|
| Debtor 2 | Randy | Lee | Young | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | 19-33453 |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

---

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Photography & Audio Engineering | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | Photography & Audio Engineering | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **Number    Street** | | |
| | Name of accountant or bookkeeper | Dates business existed |
| **City              State    ZIP Code** | | From  01/01/1999    To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| Debtor 1 | **Julianne** | **Wilson** | **Young** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Randy** | **Lee** | **Young** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | 19-33453 |

---

| **Part 12:** | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____/s/ Julianne Wilson Young_____      X _____/s/ Randy Lee Young_____

Signature of Julianne Wilson Young , Debtor 1      Signature of Randy Lee Young , Debtor 2

Date _11/19/2019_      Date _11/19/2019_

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____      Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Julianne** | **Wilson** | **Young** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Randy** | **Lee** | **Young** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **19-33453**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☑ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $2,838.46 | $213.75 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $213.33 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $213.33 | Copy here → | $0.00 | $213.33 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| Debtor 2 | **Randy** | **Lee** | **Young** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 19-33453

| | | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social

Security Act. Instead, list it here: ................................................ ↓

| For you.................................................................. | $0.00 |
| For your spouse....................................................... | $0.00 |

| | | Column A | Column B |
|---|---|---|---|
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | | |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| Total amounts from separate pages, if any. | | + _____ | + _____ |
| 11. | **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $2,838.46 | + $427.08 = $3,265.54 |

**Total average monthly income**

---

**Part 2:** Determine How to Measure Your Deductions from Income

12. **Copy your total average monthly income from line 11.** .................................................................... $3,265.54

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☑ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | + _____ | |
| Total............................................................................ | $0.00 | Copy here. → |

− $0.00

14. **Your current monthly income.** Subtract the total in line 13 from line 12. $3,265.54

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here → ................................................................................................................. $3,265.54

Multiply line 15a by 12 (the number of months in a year). **x 12**

15b. The result is your current monthly income for the year for this part of the form.............................. $39,186.48

Case 19-33453   Document 65   Filed in TXSB on 11/19/19   Page 58 of 70

| Debtor 1 | **Julianne** | **Wilson** | **Young** | |
| Debtor 2 | **Randy** | **Lee** | **Young** | Case number *(if known)* 19-33453 |
| | First Name | Middle Name | Last Name | |

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.  Texas

16b. Fill in the number of people in your household.  3

16c. Fill in the median family income for your state and size of household. ........................................................  $72,632.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3:**  Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)

18. **Copy your total average monthly income from line 11.** ...........................................................................  $3,265.54

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ..........................................................  **-**  $0.00

19b. **Subtract line 19a from line 18.**  $3,265.54

20. **Calculate your current monthly income for the year.** Follow these steps.

20a. Copy line 19b. .................................................................................................................................  $3,265.54

Multiply by 12 (the number of months in a year).  **x 12**

20b. The result is your current monthly income for the year for this part of the form.  $39,186.48

20c. Copy the median family income for your state and size of household from line 16c. .........................  $72,632.00

21. **How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*. Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*. Go to Part 4.

**Part 4:**  Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Julianne Wilson Young  **X** /s/ Randy Lee Young
Signature of Debtor 1  Signature of Debtor 2

Date  **11/19/2019**  Date  **11/19/2019**
MM/DD/YYYY  MM/DD/YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Advance America
610 West Davis Street
Conroe, TX 77301


AFNI
1310 Martin Luther King Drive
Bloomington, IL 61702-3517


ARS Account Resolution
1643 NW 136 Ave, Bldg H Street
Fort Lauderdale, FL 33323


Atlas Acquisitions, LLC
Assignee of SNAP Finance
294 Union Street
Hackensack, NJ 07601


Caliber Collision
23266 N.W. Freeway
Cypress, TX 77429


CarMax Auto Finance dba
CarMax Business Services
225 Chastain Meadows Court 210
Kennesaw, GA 30144


Cash America
717 East Davis Street 709
Conroe, TX 77301


ChexSystems
Attention: Consumer Relations
7805 Hudson Road, #100
Saint Paul, MN 55125

Chrysler Capital
P.O. Box 96125
Fort Worth, TX 76161


City of Magnolia
18111 Buddy Riley
Magnolia, TX 77354


Comenity Bank/HSN
P.O. Box 182273
Columbus, OH 43218


CONNS Appliances
P.O. Box 3002
Malvern, PA 19355


Conroe Regional Medical
Center
504 Medical Center Blvd
Conroe, TX 77304


Conroe Surgery Center
504 Medical Center Blvd
Conroe, TX 77304


Consumer Portfolio Services
Inc.
P.O. Box 57071
Irvine, CA 92619


Credit One Bank
Attn: Bankruptcy
P.O.Box 98873
Las Vegas, NV 89193

David Reese, MD
9180 Pinecroft Drive 100
Spring, TX 77380


Department of
Education/NELN
121 S. 13th Street
Lincoln, NE 68508


Dish Network
Dept 0063
Palatine, IL 60055


DSRM National Bank
P.O. Box 300
Amarillo, TX 79105


East Montgomery County
16401 1st Street
Splendora, TX 77372


Enchanted Dental
17450 St. Lukes Way 260
Conroe, TX 77384


Eric S. Southward
715 E Whitney St
Houston, TX 77022-3537


Flexhopper
2700 N. Military Trail 200
Boca Raton, FL 33431

Florida State University
4750 Callegiate Drive
Panama City, FL 32401


Go Imaging
9802 FM 1960 Bypass Road West 100
Humble, TX 77338


Gulf Coast State College
5230 US 98
Panama City, FL 32401


Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614


Integrity TX Funding
84 Villa Road
Huntington Beach, CA 92615


Lakewood Arthritis and Ortho
Clinic
102 Medical Park Lane A
Huntsville, TX 77340


LVNV Funding LLC
200 Meeting St., Ste. 206
Greenville, SC 29601


Majestic Gymnastic
11467 FM 2432 302
Willis, TX 77378

Memorial Hermann
9250 Pinecroft
Spring, TX 77380


Midland Funding, LLC
P.O. Box 460568
Houston, TX 77056


Mohela
633 Spirit Drive
65005


NCB Management Services
One Allied Drive
Feasterville Trevose, PA 19053


Ocwen Loan Servicing
P.O. Box 24738
West Palm Beach, FL 33416


PCP for Life PA
12015 Louetta Road 200
Houston, TX 77070


PHH Mortgage
P.O. Box 5469
Mount Laurel, NJ 08054


Portfolio Recovery
Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

Quest Diagnostics
P.O. Box 7306
Hollister, MO 65673


QVC
9855 Westover Hills Blvd
San Antonio, TX 78251


Retrieval Masters Creditor
Bureau, Inc.
4 Westchester Plaza 110
Elmsford, NY 10523


Rise/ESC
4150 International Plz S.
Fort Worth, TX 76109


Rose Imaging Specialist PA
P.O. Box 203268
Dallas, TX 75230


Snap Financial
P.O. Box 26561
Salt Lake City , UT 84146


Splendora Clinic
16401 1st Street
Splendora, TX 77372


Stoneleigh Recovery
Associates
P.O. Box 1479
Lombard, IL 60148

TD Bank Usa/targetcred
c/o Financial & Retai Services
P.O. Box 9475
Minneapolis, MN 55440


TOPS Comprehensive Breast
Center
111 Vision Park Blvd.
Conroe, TX 77384


U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106


U.S. Department of Education
c/o Nelnet
121 S 13th Street 201
Lincoln, NE 68508


Verizon Wireless
500 Technology Drive 550
Saint Charles, MO 63304


Willis Family Medicine
4015 Interstate 45 N
Conroe, TX 77304

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Young , Julianne Wilson**
      **Young , Randy Lee**

CASE NO 19-33453

CHAPTER **13**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date      11/19/2019      Signature               /s/ Julianne Wilson Young
                                               Julianne Wilson Young , Debtor

Date      11/19/2019      Signature               /s/ Randy Lee Young
                                               Randy Lee Young , Joint Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  **Young , Julianne Wilson**          CASE NO   **19-33453**

       **Young , Randy Lee**

                                             CHAPTER    **Chapter 13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicle | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $1,250.00 | $0.00 | $1,250.00 | $1,250.00 | $0.00 |
| 7. | Electronics | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 12. | Jewelry | $1,500.00 | $100.00 | $1,400.00 | $1,400.00 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $2.00 | $0.00 | $2.00 | $2.00 | $0.00 |
| 28. | Tax refunds | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Young , Julianne Wilson**                                    CASE NO   **19-33453**

**Young , Randy Lee**

                                                                        CHAPTER   **Chapter13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 34. | All other claims, includes contigent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Other Assets | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$4,652.00** | **$100.00** | **$4,552.00** | **$4,552.00** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:    **Young , Julianne Wilson**                          CASE NO    **19-33453**

         **Young , Randy Lee**

                                             CHAPTER    **Chapter13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| TOTALS: | $4,652.00 | $100.00 | $4,552.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$4,652.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$4,652.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$100.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$100.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$4,552.00** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$4,552.00** |
| J. Total Exemptions Claimed (Wild Card Used: $702.00, Available: $27,098.00) | **$4,552.00** |
| K. Total Non-Exempt Property Remaining (G-J) | **$0.00** |