## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>    RANDY L YOUNG<br>    JULIANNE W YOUNG<br>        Debtor(s) | Case No. 19-33453-H3-13 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

William E. Heitkamp, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/21/2019, and was converted to chapter 13 on 08/28/2019.

2) The plan was confirmed on 01/14/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/23/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/14/2021.

5) The case was dismissed on 07/13/2023.

6) Number of months from filing or conversion to last payment: 46.

7) Number of months case was pending: 49.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,552.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| **Receipts:** | |
|---|---|
| Total paid by or on behalf of the debtor | $79,091.94 |
| Less amount refunded to debtor | $3,886.60 |
| **NET RECEIPTS:** | **$75,205.34** |

| **Expenses of Administration:** | |
|---|---|
| Attorney's Fees Paid Through the Plan | $5,675.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,437.80 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$10,112.80** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACSO of Texas, LP d/b/a Advance Amer | Unsecured | 100.00 | 1,115.94 | 1,115.94 | 0.00 | 0.00 |
| AFNI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 372.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 100.00 | 1,857.57 | 1,857.57 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 1,455.08 | 1,455.08 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 1,329.14 | 1,329.14 | 0.00 | 0.00 |
| CALIBER COLLISION | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CarMax Business Services, LLC | Secured | 16,680.06 | 16,680.06 | 16,680.06 | 9,592.85 | 3,086.66 |
| CHEX SYSTEMS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Conn Appliances, Inc. | Unsecured | NA | 4,211.23 | 4,211.23 | 0.00 | 0.00 |
| CONROE REGIONAL MEDICAL CTR | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CONROE SURGICAL CENTER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CONROE SURGICAL CENTER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CONROE-WILLIS FAMILY MEDICIN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DAVID REEVES MD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/NEL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DSRM NATIONAL BANK | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| EAST MONTGOMERY COUNTY COM | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ENCHANTED DENTAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FLEXSHOPPER LLC | Unsecured | 100.00 | 2,253.48 | 2,253.48 | 0.00 | 0.00 |
| FLORIDA STATE UNIVERSITY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GO IMAGING | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GULF COAST STATE COLLEGE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HERMANN MEMORIAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY TEXAS FUNDING, LP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| LAKEWOOD ARTHRITIS AND OSTE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC *** | Unsecured | 823.87 | 823.87 | 823.87 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MAJESTIC GYMNASTICS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCB MANAGEMENT SERVICES, INC | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| PCP FOR LIFE PA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PHH MORTGAGE SERVICES | Secured | 0.00 | 0.00 | 0.00 | 41,371.32 | 0.00 |
| PHH MORTGAGE SERVICES | Secured | 10,437.93 | 10,437.93 | 10,437.93 | 344.98 | 0.00 |
| PHH MORTGAGE SERVICES | Secured | 4,890.00 | 4,890.00 | 4,890.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Secured | 22,543.09 | 12,425.00 | 12,425.00 | 8,760.40 | 1,936.33 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | NA | 10,118.09 | 10,118.09 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 1,253.00 | 1,252.91 | 1,252.91 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| RETRIEVAL MASTERS CREDITORS B | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RISE/ESC | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ROSE IMAGING SPECIALIST PA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Unsecured | 7,374.00 | 7,374.34 | 7,374.34 | 0.00 | 0.00 |
| SPLENDORA CLINIC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| STONELEIGH RECOVERY ASSOCIAT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA/TARGETCRED | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |
| TOPS COMPREHENSIVE BREAST CE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $41,371.32 | $0.00 |
| Mortgage Arrearage | $15,327.93 | $344.98 | $0.00 |
| Debt Secured by Vehicle | $29,105.06 | $18,353.25 | $5,022.99 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$44,432.99** | **$60,069.55** | **$5,022.99** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,791.65** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $10,112.80 |
| Disbursements to Creditors | $65,092.54 |
| **TOTAL DISBURSEMENTS** : | **$75,205.34** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/10/2023

By: /s/ William E. Heitkamp
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**