**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 14, 2023

Nathan Ochsner, Clerk

In
Re:

Randy Lee Young
Julianne Wilson Young
**Debtor(s)**

Case No.: 19–33453

Chapter:  13

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/14/23

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge